UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWAYNE EVANS,

       Plaintiff,                          Case No.  1:10-CV-999

v.                                           Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 21, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 21, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

This case is **concluded**.


Dated:  March 14, 2012                                     /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE